**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DIONNE JOHNSON** | **CASE NO. 6:17-CV-01371** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Commissioner's decision is REVERSED and REMANDED for a rehearing pursuant to the fourth sentence of 42 U.S.C. § 405(g)[1] to determine what effect, if any, the newly submitted records have on the determination of the claimant's disability.

SIGNED this 11th day of March, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).